Eric S. Kalugin
51 King road
Landing, NJ 07850
973-601-7757
XXX-XX-8149

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

## CV12-09339 R (JCGX)

-----------------------------------------x

Eric S. Kalugin,

                         Plaintiff,

       - V -

Deutsche Bank National Trust Company,
Deutsche Bank Securities Corporation,
Deutsche Bank Berkshire Mortgage, Inc.,
Deutsche Bank Americas Holding Corp.,
Deutsche Bank Aktiengesellschaft,
Deutsche Bank Insurance Agency, Inc.,
CT Corporation System,
Richard Byrne (Chairman and Chief Executive Officer),
Sonia K. Olson (Registered Agent),
Seth H. Waugh (Chairman and Executive Officer),
KML Law Group, PC.,
Mortgage Electronic Registration Systems,
Merscorp,
Lender Processing Services,
Michelle Halyard,
VMP Mortgage Solutions, Inc.,
Fannie Mae,
Freddie Mac,
Ginnie Mae,
American Brokers Conduit,
Deutsche Bank National Trust Company, as Trustee for
Harborview Mortgage Loan Trust, Mortgage Loan Pass-
Through Certificates, Series 2006-7,
Harborview Mortgage Loan Trust, Mortgage Loan Pass-
Through Certificates Series 2006-7,
American Home Mortgage Servicing, Inc.,
Greenwich Capital Acceptance, Inc.'
Homeward Residential, Inc.,

                      Case No.

                      **COMPLAINT**

                      Defendants.



1

--------------------------------------------------------------------------x

## BASIS OF JURISDICTION

The basis of this suit is referenced in 28 U.S.C. paragraph 1332 a case in which a citizen of one State sues a citizen of another State in which plaintiff is suing for $ 20,000,000, above U.S. Federal filing requirements. Additionally this case is a Federal question case under 28 U.S.C. paragraph 1331 in which Defendant's violated Federal laws, ie: RESPA, TILA,RICO, FDCPA, 15 U.SC. paragraph 1692. In re the Truth In Lending Act pursuant to paragraph 1638(a) by overcharging Plaintiff for Title Insurance and failing to include the overcharge on the "finance charge" disclosure on the HUD 1 statement. These violations entitles Plaintiff to statutory recoupment of damages and costs pursuant to U.S.C. paragraph 1640.

## PARTIES IN THE COMPLAINT

The plaintiff in this action is Eric S. Kalugin, residing at 51 King Road in Landing NJ 07850. Eric S. Kalugin is the owner of 315 Old Eagle School Road, Wayne PA 19087 in Chester County. Plaintiff is fully familiar with the circumstances and facts in this issue.

### DEFENDANTS ARE:

(a) Deutsche Bank National Trust Company, (main office) 1761 East Saint Andrew Place Santa Ana CA 92705-4934 Tel: 714-247-6000, And 300 Grand Avenue 41st Floor, Los Angeles, CA 90071 And 60 Wall Street NYC60-4006 New York NY 10005, And c/o CT Corporation System, 111 Eighth Avenue New York NY 10011.

2

(b) Deutsche Bank Securities Corporation c/o CT Corporation System, 818 West Seventh Street, Los Angeles, CA 90017, Tel:714-247-6000.  And 60 Wall Street NYC60-4006 New York, NY 10005 And an "Agent" address: 111 Eighth Avenue New York NY 10011 c/o CT Corporation System.

(c) Deutsche Bank Berkshire Mortgage, Inc. ("Principal Place of Business") 818 West Seventh Street, Los Angeles CA 90017 c/o CT Corporation System , Tel: 714-247-6000.

(d) Deutsche Bank Insurance Agency, Inc with its ("Principal Place of Business") 818 West Seventh Street, Los Angeles, CA 90017 c/o CT Corporation System, Tel: 714-247-6000.

(e) CT Corporation System, 818 West Seventh Street , Los Angeles, CA 90017 And New York at 111 Eighth Avenue New York NY 10011.

(f) Richard Byrne, Chairman and Executive Officer of Deutsche Bank Securities, Inc. 60 Wall Street NYC60-4006 New York, NY 10005.

(g) Sonia K. Olson as a registered Agent for Deutsche Bank Securities, Inc. 60 Wall Street NYC60 – 4006 New York, NY 10005.

(h) Seth H. Waugh, Chairman and Executive Officer of Deutsche Bank National Trust Corporation 60 Wall Street NYC60 – 4006 New York, NY 10005.

(i) Deutsche Bank America's Holding Corporation ("Principal Business Address")60 Wall Street NYC60 -4006 New York, NY 10005 with its Chairman and Executive Officer Seth H. Waugh.

(j) KML Law Group, PC with its ("Principal Address") 701 Market Street Suite 5000 – BNY – Independence Center, Philadelphia, PA 19106, Tel: 215-627-1322.

(k) Lender Processing Services at 601 Riverside Avenue, Jacksonville, FL 32204 Tel: 904-854-5100.

(l) Michelle Halyard c/o Lender Processing Services 601 Riverside Avenue, Jacksonville, FL 32204, Tel: 904-854-5100. Michelle Halyard is a known Robo Signer with numerous corporate titles.

(m) MERS (Mortgage Electronic Registration Systems) ("Main Office") 1818 Library Street Suite 300, Reston, VA 20190. MERS However, on all mortgage documents they use the shell address P.O. Box 2026, Tel: 888-679-6377.

(n) Merscorp 1818 Library Street, Suite 300, Reston, VA 20190 Tel: 888-679-6377.

(o) Deutsche Bank Aktiengesellschaft ("Main and Corporate Headquarter") Taunusanlage 12 Frankfurt Germany 60325, Tel: 011-49-69-910-00, Fax: 011-49-69-910-34-225.

(p) Fannie Mae 3900 Wisconsin Avenue North West, Washington, DC 20016-2892 Tel: 800-732-6643.

(q) Freddie Mac 8200 Jones Branch Drive, Mc Lean, VA 22102-3110 at, Tel: 703-903-2000.

(r) Ginnie Mae 451 7th Street South West Room B-133, Washington, DC 20410, Tel: 202-708-1535

(s) American Brokers Conduit, 538 Broadhollow Road, Mellville, NY, Tel: 321-263-0102.

(t) VMP Mortgage Solutions, Inc. 5440 Corporate Drive Suite 425, Troy, MI 48098-2648, Tel: 248-430-1300. And. 18050 15 Mile Road, Fraser, MI 48026.

(u) Greenwich Capital Acceptance, Inc. 600 Steamboat Road, Greenwich, CT 06830, Tel: 203-625-2700.

(v) Harborview Mortgage Loan Trust, Mortgage Loan Pass-Through Certificates, Series 2006-7, 600 Steamboat Road, Greenwich, CT 06830, Tel: 203-625-2700.

(w) Deutsche Bank National Trust Company, as Trustee for Harborview Mortgage Loan Trust, Mortgage Loan Pass-Through Certificates, Series 2006-7, 1761 East Saint Andrew Place, Santa Ana, CA 92705-4934, Tel: 714-247-6000.

(x) American Home Mortgage Servicing, Inc. 4600 Regent Blvd, Suite 200, Irving, TX 75063. And P.O. Box 631730 in Irving, TX 75063-1730, Tel: 877-304-3100.

(y) Homeward Residential, Inc. 1525 South Belt Lane Road, Coppell, TX 75019, Tel: 877-304-3100

## STATEMENT OF CLAIM

The events in this matter occurred in Chester County Pennsylvania upon execution of a Security Instrument, Mortgage and Note, in favor of American Brokers Conduit. Plaintiff on the Mortgage documents, unknowingly, granted MERS (Mortgage Electronic Registration Systems) the Authority of Mortgagee, on the Pennsylvania Fannie Mae and Freddie Mac Uniform Instrument Form with MERS (Form 3039, 1/01).

Plaintiff had no idea, that the Mortgagee was the same as the Lender and Loss Payee. Plaintiff agreed that MERS would be the Nominee and Mortgagee on the

5

original document, which indicated the "shell address": P.O. Box 2026 Flint MI

48501-2026 with Tel: 888-679-MERS, and Plaintiff acknowledged that the Lender

was American Brokers Conduit, an entity located at 520 Broadhollow Road, Melville

NY 11747 Tel: 516-949-3900. Plaintiff did not understand the meaning and

implications of Nominee and Mortgagee appointment, until he became involved in

the foreclosure action.

Further, MERS Form 3039 N.07 requiring Plaintiff's signature was on an

altered version of the original Fannie Mae/Freddie Mac form. Available by the public

on the web, with the same Uniform Instrument Number. Such documents were

issued in the Jurisdiction of the District of Columbia and Virginia and modified by

VMP Mortgage Solutions , Inc in Troy Michigan, as noted on the form, which added

MERS as the Nominee and Mortgagee.

This altered Mortgage Security Instrument for the State of Pennsylvania, was

sent by Defendant American Bankers Conduit, Lenders, Banks, or MERS to it's

Vendors, who forwarded the document to the Plaintiff and Borrower for signatures.

Defendant American Bankers Conduit could also be a Vendor for the Real Party of

Interest in this loan or Originator. This Banking Institution closed it's doors at the

end of **31 July 2007** and filed for bankruptcy protection under Chapter 11 in New

York State **21 Aug 2007** (and **again** in California on **7 Oct 2011**) shutting its doors

and closing the entity, as reported to the New York State Department of State,

Corporate Division. Recently, on **16 March 2012**, the entity reopened and is

registered under the same name and address.

It is extremely Confusing for a Borrower, on the MERS documents that introduce MERS as a Mortgagee, because most Borrowers, and the Plaintiff in this action and/or their legal counsel are not aware of the implications of MERS's inclusion as it relates to Standing. Additionally, Plaintiff could not possibly understand why MERS had been added as an Additional Party of Interest and Nominee of the Lender. There is an obvious reason for the stealthy obscuring and concealment of the purpose for MERS inclusion on the Mortgage Security Instrument.   Plaintiff will address this issue on the following pages.

Further a closer examination of the Mortgage documents reveals that an Assignment Instrument was executed in the State of Florida by Ms. Michelle Halyard (working for Lenders Processing Services), notarized the document, allegedly, on **23 November, 2010,** when in fact American Brokers Conduit was in Bankruptcy, and having closed on **31 July 2007**, could not function in the State of New York. Based on this no other documents of Title and Chain of Transfer of Notes is available because the Debtor, American Brokers Conduit was in bankruptcy. Further, on **15 February 2012,** the US Trustee sold American Brokers Conduit's Assets at Auction, ergo, impossible for a legal Assignment to be executed without the knowledge of the US Trustee on **23 November 2010,** unless fraud and hiding Assets from the US Government was involved. There is the possibility that another entity now purchased the Note, which Plaintiff executed at the Closing.) Ms. Halyard is an identified "Robo Signer" known by government and industry sources. Plaintiff began to realized the implication and vastness of these frauds and the voluminous conspirators involved in early 2012. And desperately, tried to adjourn the 24 July

2012 Trial date in the Court of Common Pleas in Chester County, Pennsylvania. However the bias undue actions of the Court and alleged Note Holder Deutsche Bank National Trust Company, Trustee for Harborview Mortgage Loan Trust, Mortgage Loan Pass-Through Certificates, Series 2006-7 and its Counsels which tried to expedite at the expense of Plaintiffs Due Process rights. The court even disregarded Motions to adjourn trial date, preventing the Plaintiff's, submitted motions from reaching the Chamber of the Court, Further Judge Shenkin is known to be associated with the corrupt "Gang of Three". Plaintiff filed a Complaint, Appeal and Motion to reopen the Case, because Judge Shenkin entered a Decision in this matter. According to Court records the Trust above named Harborview Mortgage Loan Trust, Mortgage Loan Pass-Through Certificates, Series 2006-7 received a notice from the Securities and Exchange Commission on **1/25/2007**, SEC File Number 333-130961-18 **"SUSPENSION OF DUTY"** from filing Reports.  Therefore Plaintiff' Note, could not possibly be transferred into a Trust at that time. It is still unknown as to whom Plaintiff's mortgage payments were paid in 2006 through 2009.

Further, if the (unknown) payee was not the rightful receiver for the mortgage loan, nor, Deutsche Bank National Trust Company as Trustee for Harborview Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-7 are the rightful Holder of the Note to foreclose on the Property 315 Old Eagle School Road, Wayne PA 19087, as indicated on the Assignment document dated **23 November, 2010**, when in fact, the bankruptcy and US Trustee was involved and the Assets were sold at Auction on **2 February, 2012**.

8

## FACTS

1. Plaintiff in this action, on the **19th of April 2006** executed a Mortgage Security Instrument and Note in favor of American Brokers Conduit located at: 520 Broadhollow Road in Melville, NY 11747, Tel:516-949-3900.(Exhibit A)

2. According to the Mortgage Security Instrument on the Pennsylvania "Fannie Mae/Freddie Mac Uniform Instrument" with MERS, Form 3039, 1/01, VMP-6A(PA)" and upon review and examination of the first page of the above document, another entity VMP Mortgage Solutions is identified as the generator, of the altered version of the Fannie Mae/Freddie Mac version presented to the Plaintiff for signing. VMP Mortgage Solutions is located at: 5440 Corporate Drive, Suite 425, Troy MI 48098-2648, Tel:248-430-1300. This entity lists a second address at 18050, 15 Mile Road, Fraser, MI 48026. The **alteration or modifications of the original version** follows: "Borrower is the Mortgagor under this Security Instrument. "(C) MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint MI 48501-2026, tel. (888) 679- MERS".(Exhibit B)

3. **The original Fannie Mae/Freddie Mac Uniform Instrument version is:**

   "(C) Lender" is _____. Lender is a_____ organized and existing

   under the laws of_____. Lender's address is _____. Lender is the

   Mortgagee under this security Instrument".   See (Exhibit C)

4. All named Defendants, are or were registered as corporations or entities

   in various states Corporate Division recording departments.  See (Exhibit

   D)

5. Deutsche Bank National Trust Company does business in the State of

   California using two business addresses. However they are not recorded in

   the California's State Department Corporation Database (See Exhibit D)

   The Mortgage Assignment identifies Deutsche Bank National Trust

   Company as the successor of American Brokers Conduit, Originator and

   Vendor for this loan.

   Further, records indicate that the main office for Deutsche Bank National

   Trust Company is 1761 East Saint Andrew Place, Santa Ana CA 92705-

   4934, **and** 300 South Grand Avenue, 41st Floor, in Los Angeles CA 90017

   (According to Cortera and Banknet, official US Financial Institution

   trackers).

   According to the Securities and Exchange Commission records, Deutsche

   Bank National Trust Company is located at 300 South Grand Avenue, 41st

   Floor in Los Angeles, CA 90017. However Deutsche Bank's Main Corporate

   Offices are located in Germany at Taunusanlage 12 in Frankfurt am Main

Zip code 60325, Tel: 011-49-69-910-00, fax no. 011-49-69-910-34-225.
(Exhibit E)

6. Deutsche Bank National Trust Company is not recorded in the state of California, therefore the entity is illegally doing business in the State of California, operating through Trusts as Entity of Interest on Mortgage Loans. According to State and Federal Laws a Corporation can only function/operate with authority, if it has been recorded in the State in which it is operating. Records show that the Deutsche Bank National Trust Company is recorded in the State of New York, as a trading entity and is not the same entity described on the Mortgage papers, and use a different Tax Identification Number. This companies address is, 60 Wall Street, NYC60-4006, New York NY 10005. This address is a "Drop Box" P.O. Box Address, where mail is distributed to several entities. This address has nothing to do with those mortgages processed in Los Angeles or Santa Ana, CA, for Deutsche Bank National Trust Company. Again, the operation New York does not have the authority as a separate entity, to institute a foreclosure action, because it is a separate entity in a different State and with a different stated operation. The assignment document expressly states Deutsche Bank National Trust Company as a Trustee, and the correspondence from the alleged Plaintiff came from the Corporate main offices located in California, and according to published records the Mortgage and Trust Department of the Bank are located in Los Angeles California.

7.  Public records indicate Deutsche Bank National Trust Company's main offices in Los Angeles California are for their Mortgage and Trusts Departments. As an unregistered entity all executed contracts by the firm are NULL and VOID, and moreover, inadmissible in Courts for lack of standing.  This includes all foreclosure actions. Deutsche Bank National Trust Company also has an agent in New York, which is an Additional Third **unknown** Party of Interest. Its New York agent is, CT Corporation System, 111 Eighth Avenue, New York, NY 10011, Tel: unavailable.

8.  A Trust' functions are: "A Trust Department provides Investment Managements, including Securities Market Advise, Investment Strategy, and Portfolio Management, Management of Real Estate and Safekeeping of Valuables. In the meaning of "Securities" is included Deutsche Bank National Trust Company, which is operating under the name of Deutsche Bank Securities, Inc, which is a subsidiary of the above named Trust, presumably for Tax reasons, therefore the Trust remains Tax Free or Exempt. (Exhibit F)

9.  Defendant Deutsche Bank National Trust Company as a Trustee for Harbor view Mortgage Loan Trust, Mortgage Loan Certificate, Series 2006-7 is the Plaintiff in a Foreclosure action in the Court of Common Pleas in Chester County Pennsylvania in a foreclosure action against the Defendant and Plaintiff in this action Eric S. Kalugin Docket No. 11-03925, in which Plaintiff is named as the Defendant.

10. Defendant attempted to file Motions **Four (4)** times, 18 April12), (7 June

12),(18 July 12) and (20 July 12) requesting trial date be adjourned to September or later. Plaintiff's discovery of additional information required more preparation time.  The Prothonatary or court clerk never forwarded the motions to the Court. I continued to file motions. On 18 July 12, after filling an Emergency Motion, Plaintiff found out from the clerks of the Court of Common Pleas Prothonotary, that the presiding Judge Robert J. Shenkin, had given orders to the clerks, "to hold my filed papers because they did not have a cover sheet or Praecipe document." Further, Judge Shenkin ordered the clerks not to inform any filers about missing administrative documents---In Direct Contravention of Court Rule 205---- (At this time, the Trial Date was scheduled for 24 July 2012). Defendant did not think there would be a problem as his request was legitimate and reasonable (as expressed in the ignored motions), He  had a reasonable expectation that his  motion would be granted or, at least responded to, with a decision, yes or no. Neither, was the case. Defendant corrected and/or added missing administrative documents. However, it was to late and the presiding Judge never ruled on Plaintiff's "stalled" Motions. (To this date no Ruling or Decision has been made.)  On or about 21 July 2012 (Before the scheduled Trial date of 24 July 2012), Plaintiff became aware of Chester County Pa.'s alleged corrupt "Gang of Three" Judges and Judge Robert J. Shenkin's association and that he was cited in the near past.  Further information referenced the misconduct of another Chester County Judge, Judge Rita Arnold. Defendants angst about

13

the so called "Gang of Three", the alleged local alleged negative judicial

culture (Expedience at the expense of Due Process), the lack of common

courtesy assistance, the border line adversarial, disingenuous attitudes,

of the Prothonotary/clerical staff and their Disregard for Court Rule

205.2(b) (requiring 20 Day Notice of errors) and the **lack of a ruling** on

my motions, were the basis for my decision to not participate at Trial. On

23 July 12, Plaintiff filed an OBJECTION/PROTEST IN SUPPORT OF MY

EMERGENCY MOTION AND REFUSAL TO PARTICIPATE AT THE TRIAL

FOR BIAS, DUE PROCESS, MISCONDUCT ISSUES OF PRESIDING JUDGE

ROBERT J. SHENKIN. And on 23 July 12 Plaintiff filed a complaint with the

Commonwealth of Pennsylvania Judicial Conduct Board Complaint No.

2012-375 (Judge Shenkin) requesting an investigation into my concerns.

11. (Exhibit G) Letters, motions, emergency motions, objections/protest and

complaint about Judicial Conduct, as part the Federal complaint regarding

the "Mortgagee" status of MERS, in the District of Columbia, which makes

references to the unfairly, expedited Trials, in addition to the numerous,

ignored motion's and the misconduct of the presiding Judge, Robert J.

Shenkin. An appeal was filed on September 11, 2012 and corrected appeal

has been sent to the Court of Common Pleas in Chester County in

Pennsylvania on September 19, 2012. (See Exhibit H).

12. A reinstatement motion was executed on the 20th of September 2012 and

filed with the Prothonotary of the Court of Common Pleas, Chester County

Pennsylvania, because Judge Robert J. Shenkin did go forward with the

Trial on 24 July 2012, without a jury or hearing, in which he decided in favor of Deutsche Bank National Trust Company as Trustee, against Eric S. Kalugin Defendant in rem. Judgment in the amount of $279,108.18. However, Defendant refused to participate at the Trial because of the undue process, bias and misconduct noted in the press identifying Judge Shenkin as a member of the "Gang of Three" and the citing of another judge, implying, the existence of a culture of corruption. See Attached (Exhibit I)

13. Court Rules in the State of Pennsylvania, Title 255 Local Court Rules, For Chester County, Rule 205.2 (b) Cover Sheet: If an action is commenced without attaching such cover sheet the Prothonotary shall except the document for filing, but **shall** promptly thereafter notify the lawyer or party filing the action to file a cover sheet, additionally the prothonotary shall also provide a cover sheet to the lawyer or party and a copy of the local rule. If the lawyer or party shall fail, within Twenty (20) days of the mailing of such notice, to file a coversheet, the Plaintiff may not proceed further in the action. In Plaintiff's case, the Prothonotary kept the notice of motion in office, without informing the filing party (Defendant), further they had instruction from Judge Shenkin "Do not inform the parties of missing filing documents". This prevented the motion from reaching the Judges Chamber. This violated the defendants right to due process under the U.S. Constitution. (Exhibit J).

14. Notice of Sheriff Sale is scheduled for January 17, 2013 (Exhibit K).

15. Due process is not applied equally throughout the United States. In a similar case, in which a Robo-Signer was involved, borrower was living in the house that was sold at auction. The Plaintiff in this case was also Deutsche Bank National Trust Company. Index No. 016441-2006. The Court reinstated the Mortgage and payments were lowered to $1,800.00 per month, for a home in Jackson Heights NY 11370. (Exhibit L).

16. In another foreclosure related decision, Deutsche Bank National Trust Company lost the action before Judge Arthur M. Schack, Case # 277/07 because of Lack of Standing and fraudulent, defective paperwork which belied their legal Standing to foreclose. (Exhibit M).

17. Lenders, Investors and Banks are using the Nomination of a Mortgagee to prevent the Executor/Borrower from knowing about the inclusion of an additional Party of Interest in their Loan. This Party, is now entitled to collect insurance (Beneficiary) payouts in the event of physical property damage or for a nonperforming Mortgage. The definition, of "Lender" is "the Mortgagee" and also "the Loss Payee". This additional party, now as the Borrower (With it's Borrower Hat on) is also now the Beneficiary (Who's on First?) of the insurance.   Page 5 of the author Mr. Kelly Troy, Founder and President of ForInsuranceInvestors.com., poses the question "What is the difference"? Then, simply and clearly, explains the differences. Note, under Mortgagee; So far we have described the relationship between a Named Insured, and Additional Interest, and a Loss Payee; now let's discuss the true meaning of what a "Mortgagee" really is.

A "Mortgagee" is the entity that actually originates and holds the Promissory Note and Mortgage Loan on real property, otherwise known as the bank or the Mortgage Lender. The Mortgagee extends financing to the "Mortgagor" who is the homeowner or borrower in the transaction. By default, all Mortgagees listed in an Insurance Policy, are also automatically considered as "Loss Payees", meaning that, as in the section above, any claim payments should, theoretically be made to **both** the <u>Named Insured</u> as well as every <u>Mortgagee</u> listed. If a party who has made a Mortgage Loan to the Named Insured is not listed in the policy, whether intentionally or unintentionally, the Mortgagee will not be afforded any rights or coverage under the terms of the policy itself. (Exhibit N) reveals why the Lender or Bank needs a Mortgagee as an additional Party in the Mortgage Security Instrument. ie: NAMED INSURED VS. ADDITIONAL INTEREST VS. LOSS PAYEE VS. MORTGAGEE(LENDER).

18. The Mortgagee is the Lender or creditor in a Mortgage agreement (Exhibit O) and he makes the Loan and is also the person who holds the Mortgaged property as security for repayment of the loan (Legal definition).

19. According to MERS, the entity is a wholly owned subsidiary of MERSCORP Holdings, and it's sole purpose (Stated Mission) is to serve as Mortgagee on land records for loans registered on the MERS System. MERS is a Nominee for the Lender and subsequent buyer (Beneficial Owner) of a mortgage loan and serves as a common agent for the industry.

The MERS System is a national electronic database that tracks changes in mortgage servicing rights and beneficial ownership interests in loans secured by residential real estate. All Mortgages (Deeds of Trust) registered on the MERS System are recorded on public land records and MERS remains the Lien Holder on these records when transfers of the promissory note or servicing rights take place between MERS members. (The MERS System is not a legal system of record nor is it a replacement for the **requirement of recording with public land recording offices.)** Interests are not transferred on the MERS System, only tracked.  MERS states, that there are two ways that it becomes the Mortgagee, first, at the closing when the Borrower and the Lender both **(Borrower Never Knows)** agree to the standardized (stealthy) language in the security instrument making MERS the Original Mortgagee, with the right to act on behalf of the Lender. However if MERS is not recorded as the Original Mortgagee on the Security Instrument, a Lender cannot assign the Mortgage to MERS after closing, without specific authority from the Borrower.

The problem is, that on the Security Instrument, only the Borrower signs the agreement. The Lender does not. Even if the Lender is a Member of MERS the Lender needs to sign a document that specifically agrees that MERS officially becomes the Nominee of the Loan-Note-Mortgage. The same applies in cases where an Assignment is executed by the Lender after the Closing. The Borrower on a Security Instrument must be notified

when agreeing to a third Parties becoming a Party of Interest in the Loan. (Exhibit P).

20. Fannie Mae approved MERS as a Nominal Mortgagee, therefore even Fannie Mae has given tacit agreement for Fannie Mae to use their version of the Mortgage documents. Further Fannie Mae provides the industry with a list, for all 50 States, Regarding the use of a "Uniform Mortgage Form". **NOTEWORTHY** is the glaring difference of the Forms that MERS uses. (Exhibit Q).

21. MERS has had to settle several cases. (Exhibit R) relating to Standing to Foreclose or to their being a Mortgagee. A consent order from the Delaware AG ordered MERS to prove it was in possession of both the Note and Mortgage, execute Modifications before initiating any foreclosure action and verify all their paperwork in order to have Standing in Court.

## ISSUES

This suit is an action that takes aim at illegal predatory Lending, Marketing and Foreclosure practices. There is a hidden reason for the lack of disclosure of the real purpose of the Mortgagee/Lender definitions used by MERS, (who never loaned any money to any Borrower). It is apparent that MERS does more than "Track Mortgages in the field", It acts as a Nominee, Mortgagee, Lender, Loss Payee and Transferee for a Real Party of Interest that wishes anonymity. The terms used in the Mortgage documents fail to notify the Borrower/Executor of the real meaning and

implications of the authority he is ceding to the Mortgagee, the same applies to most Lawyers, and Judges. The real meaning of Mortgagee, (as intended by MERS) is to serve as a Payee for insurance payouts for non performing Mortgages or at the time the Note is transferred in a Trust. According to several sources Plaintiff's loan was insured and the "Lender" has collected the full amount of the Mortgage. Further, in the Plaintiff's case the originator and Initial Lender, filed for Chapter 11 Bankruptcy protection on 25 Aug 2007 after having closed it's operation on 31 July 2007. Recently, it's assets were sold by a debtor, American Brokers Conduit. **Ergo, from August 2007 through March 2012 the Debtor/Originator of this Loan did not exist!**  The transfer to Deutsche Bank National Trust Company, as a Trustee for Harborview Mortgage Loan Trust, Mortgage Loan Pass-Through Certificates, Series 2006-7 (Who's on First / Three Card Monty / Shell Game) According to the Assignment document, which was suspiciously executed on 23 November 2010 by an identified Robo-0-Signer, Ms. Michelle Halyard, an employee of (LPS) Lenders Processing Services to cover their improper activities and their Bankruptcy proceedings. A direct violation of US Bankruptcy Law as American Brokers Conduit did not exist and were in Bankruptcy. Plaintiff does not know to whom (Which entity) he was making his Mortgage payments, since the Lender had shut it's doors. Further as previously noted, Deutsche Bank National Trust Company reports it's Main office location is in Los Angeles CA, however Deutsche Bank National

20

Trust Company is not registered in the State of California and therefore

cannot demonstrate proof of Standing. Plaintiff has tried, on many

occasions to reason with this firm, but have found they are able to

manipulate/control the States lower court system, obtaining, with the use

of fraudulent, irregular, defective paperwork judgments against

Borrowers. In this case, adding insult to injury, the presiding Judge has

demonstrated bias by not observing due process by blocking Plaintiff's

Motions in his courts Prothonotary/clerks office.

### INJURIES

If plaintiff loses this house he will suffer irreparable harm, because his life

will not be the same and no amount of money can substitute for the loss of

this house, because this transaction has been an illegal procedural venture

by the Lender, Servicer and their Attorneys. (Ab Initio) They have purloined

for the purpose of ill-gotten gain, with the aid of an aloof culture of an

ignorant Court system, a cast of many players who's acts bare RICO violation

review, as multiple parties are involved on multiple conspiratorial levels.

Defendants counsels representations do not add up, even if they are a huge

law firm with access to volumes of boiler plate, inane and arcane case law.

(Figures can lie and liars can figure.) Foreclosing on homes with illegal,

predatory collection methods, attempts at intimidation, volumes of

paperwork as a follow up to Robo-Signed and shoddy documents and other

stealthy activities, should have consequences and be addressed throughout

the United States, not only by the few Gutsy AG's who really pressured and prosecuted Lenders and Banks. Further there never was sufficient disclosure regarding the Mortgage agreement as to the implication of not knowing the definitions of Lender/Mortgagee, or this Plaintiff would never have entered into the agreement.

### Therefore I ask this Court:

a) For an Order/Judgment against Defendants in the amount of $ 20,000,000.00 for various banking violations and punitive damages

b) For, clear Title, without any lien, for the house located at 315 Old Eagle School Road in Wayne PA 19087

c) For an order of transfer of any pending State Court actions in Pennsylvania to this Court

d) For an Order of Discovery

e) For a Stay, Injunction, Temporary Restraining Order for any sale of the property located at 315 Old Eagle School Road, Wayne, PA 19087

f) For an Order for Defendants to provide proof of original documents of the Mortgage, the Note and documentations of entire chain of Transfers, from the Originator to the Trust

g) Or as this Court seems just and proper

Date: September 24, 2012

Eric S. Kalugin
51 King Road
Landing NJ 07850
973-601-7757
xxx-xx-8149
ball60@gmail.com

Return To:
American Brokers Conduit
520 Broadhollow Road
Melville, NY 11747
(516)949-3900

Parcel Number: 43-11B-144          Premises:

——————————— [Space Above This Line For Recording Data] ———————————

# MORTGAGE

MIN  100024200012369324

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated April 19, 2006 together with all Riders to this document.

(B) "Borrower" is ERIC S. KALUGIN

Borrower is the mortgagor under this Security Instrument.

(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint MI 48501-2026, tel. (888) 679-MERS.

DOC #:324241                     APPL #:0001236932

PENNSYLVANIA - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS

VMP-6A(PA) (0502)          Form 3039 1/01
UM31 9912
Page 1 of 16          Initials:
VMP Mortgage Solutions, Inc. (800)521-7291

Lender's address is 538 Broadhollow Road, Melville, NY  11747

(E) "Note" means the promissory note signed by Borrower and dated  April 19, 2006
The Note states that Borrower owes Lender  Two Hundred Twenty Four Thousand Nine
Hundred Twenty Five and No/100                                                Dollars
(U.S. $ 224,925.00          ) plus interest. Borrower has promised to pay this debt in regular Periodic
Payments and to pay the debt in full not later than  May 1, 2046          .
(F) "Property" means the property that is described below under the heading "Transfer of Rights in the
Property."
(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges
due under the Note, and all sums due under this Security Instrument, plus interest.
(H) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following
Riders are to be executed by Borrower [check box as applicable]:

| | | |
|---|---|---|
| [X] Adjustable Rate Rider | [ ] Condominium Rider | [ ] Second Home Rider |
| [ ] Balloon Rider | [ ] Planned Unit Development Rider | [ ] 1-4 Family Rider |
| [ ] VA Rider | [ ] Biweekly Payment Rider | [X] Other(s) [specify] |

Prepayment Rider

(I) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations,
ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final,
non-appealable judicial opinions.
(J) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other
charges that are imposed on Borrower or the Property by a condominium association, homeowners
association or similar organization.
(K) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check,
draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument,
computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an
account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine
transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.
(L) "Escrow Items" means those items that are described in Section 3.
(M) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by
any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i)
damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property;
(iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or
condition of the Property.
(N) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on, the
Loan.
(O) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the
Note, plus (ii) any amounts under Section 3 of this Security Instrument.

DOC  #:324242                    APPL #:0001236932

Initials:

VMP®-6A(PA)  (0502)                    Page 2 of 16                         Form 3039  1/01

under RESPA.

that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to MERS (solely as nominee for Lender and Lender's successors and assigns) and to the successors and assigns of MERS, the following described property located in the  County    [Type of Recording Jurisdiction]
of Chester    [Name of Recording Jurisdiction]:
SEE ATTACHED LEGAL DESCRIPTION

which currently has the address of    315 OLD EAGLE SCHOOL ROAD
    [Street]
Wayne    [City], Pennsylvania 19087    [Zip Code]
("Property Address"):

  TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

DOC #:324243    APPL #:0001236932

Initials:

VMP®-6A(PA) (0502)    Page 3 of 16    Form 3039  1/01

Prepared By and Return To: Referral Department
GOLDBECK McCAFFERTY & McKEEVER
Mellon Independence Center - Suite 5000
701 Market Street
Philadelphia, PA 19106-1532
215-825-6344

0031080492

GMM File Number: 104606FC

Parcel ID#:  43-11B-144 ✓

This Document Recorded
12/10/2010   State RTT: 0.00
09:03AM      Local RTT: 0.00
Doc Code: ASM Chester County, Recorder of Deeds Office
Recorded Electronically by Simplifile

Doc Id: 11062570
Receipt #: 536121
Rec Fee: 52.00

11062570
Page 1 of 3

LIBERTY BELL AGENCY, INC   12/10/2010 09:03A   B-8068 P-2132

# ASSIGNMENT OF MORTGAGE

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN BROKERS CONDUIT      (Assignor),
for and in consideration of the sum of   Ten Dollars ($10.00) and other good and valuable consideration, the receipt of which is acknowledged, does grant, bargain, sell, assign and transfer to DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-7.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-7      (Assignee),
all of its right, title and interest, as holder of, in, and to the following described mortgage, the property described and the indebtedness secured by the mortgage:

Executed ERIC S. KALUGIN, Mortgagor(s); to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN BROKERS CONDUIT. Bearing date of: April 19, 2006; Amount Secured: $224,925.00; Recorded on May 09, 2006; in Book 6837 Page 1178; in the Recorder of Deeds Office of Chester County, Commonwealth of Pennsylvania ("Mortgage")

Property: 315 Old Eagle School Road, Wayne, PA 19087

AS FURTHER DESCRIBED IN EXHIBIT "A", ATTACHED AND INCORPORATED INTO THIS ASSIGNMENT.

Together with the note or obligation described in the Mortgage endorsed to the Assignee, ("Note") and all moneys due and to become due on the Note and Mortgage, with interest.  Assignee its successors, legal representatives and assigns shall hold all rights under the Note and Mortgage forever, subject however, to the right and equity of redemption, if any, of the maker(s) of the Mortgage, their heirs and assigns forever.

Assignor, by its appropriate corporate officers, has executed and sealed with its corporate seal this Assignment of Mortgage on this _2o^d_ day of _November_, 2010.



RECORDER OF DEEDS

11062570
Page 2 of 3
LIBERTY BELL AGENCY, INC   12/10/2010 09:03A   B-8068 P-2132

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., AS
NOMINEE FOR AMERICAN BROKERS
CONDUIT

(Affix Corporate Seal)

_(signature)_ (SEAL)

Name:   Michelle Halyard
Title:    Vice President

_(signature)_ (SEAL)

Name:   Elizabeth Boulton
Title:    Vice President

ss.
STATE OF ___Florida___                ) COUNTY OF ___Duval___              )

BE IT REMEMBERED, that on this 23 day of Nove , 2010, before me, the subscriber, a
Notary Public personally appeared   Michelle Halyard VP
Elizabeth Boulton VP
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN BROKERS CONDUIT
officers of Assignor, who I am satisfied are the persons who signed the within instrument and they
acknowledged that they signed, sealed with the corporate seal and delivered the same as such officers
aforesaid, and that the within instrument is the voluntary act and deed of such corporation made by virtue
of a Resolution of its Board of Directors.

_Rosemarie Boren_
Notary Public
My commission expires: May 14, 2013

I hereby certify the address of the Assignee is:
~~4650 Regent Blvd, Irving, TX 75063~~      1525 S Beltline Rd, Coppell, TX 75019

_(signature)_

Tonya Hopkins
0031080492
Case # 104606FC

ROSEMARIE BOREN
MY COMMISSION # DD896003
EXPIRES: May 14, 2013
Fl Notary Discount Assoc. Co

After Recording Return To:

_____ _____

_____

_____

_____

_____[Space Above This Line For Recording Data]_____

## MORTGAGE

### DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21.  Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) **"Security Instrument"** means this document, which is dated _____, _____, together with all Riders to this document.

(B) **"Borrower"** is _____. Borrower is the mortgagor under this Security Instrument.

(C) **"Lender"** is _____. Lender is a _____ organized and existing under the laws of _____. Lender's address is _____ _____. Lender is the mortgagee under this Security Instrument.

(D) **"Note"** means the promissory note signed by Borrower and dated _____, _____. The Note states that Borrower owes Lender _____ Dollars (U.S. $_____) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than _____.

(E) **"Property"** means the property that is described below under the heading "Transfer of Rights in the Property."

(F) **"Loan"** means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(G) **"Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

☐ Adjustable Rate Rider    ☐ Condominium Rider    ☐ Second Home Rider
☐ Balloon Rider    ☐ Planned Unit Development Rider    ☐ Other(s) [specify] _____
☐ 1-4 Family Rider    ☐ Biweekly Payment Rider

(H) **"Applicable Law"** means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(I) **"Community Association Dues, Fees, and Assessments"** means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(J) **"Electronic Funds Transfer"** means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(K) **"Escrow Items"** means those items that are described in Section 3.

(L) **"Miscellaneous Proceeds"** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(M) **"Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(N) **"Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

(O) **"RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(P) **"Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 6, 2012.

Selected Entity Name: DEUTSCHE BANK TRUST CORPORATION
Selected Entity Status Information

| | |
|---|---|
| Current Entity Name: | DEUTSCHE BANK TRUST CORPORATION |
| DOS ID #: | 187205 |
| Initial DOS Filing Date: | MAY 12, 1965 |
| County: | NEW YORK |
| Jurisdiction: | NEW YORK |
| Entity Type: | DOMESTIC BUSINESS CORPORATION |
| Current Entity Status: | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

Chairman or Chief Executive Officer
SETH H. WAUGH
60 WALL ST
NEW YORK, NEW YORK, 10005

Principal Executive Office
DEUTSCHE BANK TRUST CORPORATION
60 WALL ST NYC60-4006
NEW YORK, NEW YORK, 10005

Registered Agent
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not record information regarding
the names and addresses of officers, shareholders or

directors of nonprofessional corporations except the
chief executive officer, if provided, which would be
listed above. Professional corporations must include
the name(s) and address(es) of the initial officers,
directors, and shareholders in the initial certificate
of incorporation, however this information is not
recorded and only available by viewing the
certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|-------------|---------------|-------------------|
| 200 | Par Value | 1 |
| 190100 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|-------------|-----------|-------------|
| APR 15, 2002 | Actual | DEUTSCHE BANK TRUST CORPORATION |
| APR 23, 1998 | Actual | BANKERS TRUST CORPORATION |
| SEP 15, 1967 | Actual | BANKERS TRUST NEW YORK CORPORATION |
| MAY 12, 1965 | Actual | BT NEW YORK CORPORATION |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New
York State. The entity must use the fictitious name when conducting its activities or business in New
York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results  New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS
Homepage  |  Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 6, 2012.

Selected Entity Name: DEUTSCHE BANK SECURITIES INC.
Selected Entity Status Information

|  |  |
|---|---|
| Current Entity Name: | DEUTSCHE BANK SECURITIES INC. |
| DOS ID #: | 321961 |
| Initial DOS Filing Date: | JANUARY 19, 1972 |
| County: | NEW YORK |
| Jurisdiction: | DELAWARE |
| Entity Type: | FOREIGN BUSINESS CORPORATION |
| Current Entity Status: | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**Chairman or Chief Executive Officer**
RICHARD BYRNE
60 WALL STREET
NEW YORK, NEW YORK, 10005

**Principal Executive Office**
SONJA K OLSEN
DEUTSCHE BANK
60 WALL ST NYC60-4006
NEW YORK, NEW YORK, 10005

**Registered Agent**
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not record information regarding

the names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be
listed above. Professional corporations must include
the name(s) and address(es) of the initial officers,
directors, and shareholders in the initial certificate
of incorporation, however this information is not
recorded and only available by viewing the
certificate.

## *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| OCT 11, 2002 | Actual | DEUTSCHE BANK SECURITIES INC. |
| AUG 08, 2001 | Actual | DEUTSCHE BANC ALEX. BROWN INC. |
| JUN 01, 1998 | Actual | DEUTSCHE BANK SECURITIES INC. |
| OCT 17, 1996 | Actual | DEUTSCHE MORGAN GRENFELL INC. |
| AUG 03, 1995 | Actual | DEUTSCHE MORGAN GRENFELL/C.J. LAWRENCE INC. |
| OCT 01, 1993 | Actual | DEUTSCHE BANK SECURITIES CORPORATION |
| JAN 09, 1991 | Actual | C. J. LAWRENCE INC. |
| JAN 15, 1988 | Actual | C. J. LAWRENCE, MORGAN GRENFELL INC. |
| APR 06, 1972 | Actual | CYRUS J. LAWRENCE, INCORPORATED |
| JAN 19, 1972 | Actual | CYRUS J. LAWRENCE & SONS INCORPORATED |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New
York State. The entity must use the fictitious name when conducting its activities or business in New
York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS
Homepage   |   Contact Us

**California Secretary of State Debra B**

Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
(certificates, copies &
status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business
  Relations Program

Customer Alerts
- Business Identity Theft
- Misleading Business
  Solicitations

# Business Search - Results

Data is updated weekly and is current as of Friday, August 31, 2012. It is not a complete or certified record of the entity.

- *Select an entity name below to view additional information.* Results are listed alphabetically in ascending order by entity name.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Results of search for " DEUTSCHE BANK " returned 7 entity records.

| Entity Number | Date Filed | Status | Entity Name | Agent for Service of Process |
|---|---|---|---|---|
| C1656031 | 01/09/1990 | FORFEITED | DEUTSCHE BANK AG | ROSS A HOWARD |
| C2671662 | 08/25/2004 | ACTIVE | DEUTSCHE BANK BERKSHIRE MORTGAGE, INC. | C T CORPORATION SYSTEM |
| C1583704 | 03/30/1987 | ACTIVE | DEUTSCHE BANK INSURANCE AGENCY INCORPORATED | C T CORPORATION SYSTEM |
| C2065321 | 01/02/1998 | SURRENDER | DEUTSCHE BANK INVESTMENT MANAGEMENT INC. | C T CORPORATION SYSTEM |
| C2671663 | 08/25/2004 | SURRENDER | DEUTSCHE BANK MORTGAGE SERVICES, INC. | C T CORPORATION SYSTEM |
| C1945078 | 08/01/1995 | ACTIVE | DEUTSCHE BANK SECURITIES INC. | C T CORPORATION SYSTEM |
| C0896235 | 08/29/1978 | SURRENDER | DG BANK DEUTSCHE GENOSSENSCHAFTSBANK | AGENT RESIGNED ON 10-24-1994 |

Modify Search    New Search

**California Secretary of State Debra B**

| Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives |

## Business Entities (BE)

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
(certificates, copies &
status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business
  Relations Program

Customer Alerts
- Business Identity Theft
- Misleading Business
  Solicitations

## Business Search - Results

Data is updated weekly and is current as of Friday, August 31, 2012. It is not a complete or certified record of the entity.

- *Select an entity name below to view additional information.* Results are listed alphabetically in ascending order by entity name.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Results of search for " DEUTSCHE BANK " returned 1 entity record.

| Entity Number | Date Filed | Status | Entity Name | Agent for Service of Process |
|---|---|---|---|---|
| 199722310088 | 08/11/1997 | CANCELED | DEUTSCHE BANK MORTGAGE CAPITAL, L.L.C., WHICH WILL DO BUSINESS IN CALIFORNIA AS DEUTSCHE BANC MORTGAGE CAPITAL, L.L.C. | C T CORPORATION SYSTEM (C0168406) |

Modify Search    New Search

Privacy Statement | Free Document Readers
Copyright © 2012   California Secretary of State

California Secretary of State Debra B

| Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives |

**Business Entities (BE)**

Online Services
 - Business Search
 - Disclosure Search
 - E-File Statements
 - Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
(certificates, copies &
 status reports)

Service of Process

FAQs

Contact Information

Resources
 - Business Resources
 - Tax Information
 - Starting A Business
 - International Business
   Relations Program

Customer Alerts
 - Business Identity Theft
 - Misleading Business
   Solicitations

## Business Entity Detail

Data is updated weekly and is current as of Friday, August 31, 2012. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | DEUTSCHE BANK MORTGAGE CAPITAL, L.L.C., WHICH WILL DO BUSINESS IN CALIFORNIA AS DEUTSCHE BANC MORTGAGE CAPITAL, L.L.C. |
| Entity Number: | 199722310088 |
| Date Filed: | 08/11/1997 |
| Status: | CANCELED |
| Jurisdiction: | DELAWARE |
| Entity Address: | 60 WALL ST NYC60-4006 |
| Entity City, State, Zip: | NEW YORK NY 10005 |
| Agent for Service of Process: | C T CORPORATION SYSTEM (C0168406) |
| Agent Address: | * |
| Agent City, State, Zip: | * |

\* Indicates the information is not contained in the California Secretary of State's database.

\* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Modify Search    New Search    Printer Friendly    Back to Search Results

Privacy Statement | Free Document Readers
Copyright © 2012   California Secretary of State

# California Secretary of State Debra Bowen

*campaign good* *privacy* All people *Liberty Speak* *without discrimination*
*Consience*

Secretary of State      Administration    Elections    Business Programs    Political Reform    Archives    Registries

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
(certificates, copies &
status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business
  Relations Program

Customer Alerts
- Business Identity Theft
- Misleading Business
  Solicitations

## Business Search - Results

Data is updated weekly and is current as of Friday, August 31, 2012. It is not a complete or certified record of the entity.

- *Select an entity name below to view additional information.* Results are listed alphabetically in ascending order by entity name.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Results of search for " DEUTSCHE BANK NATIONAL TRUST COMPANY " returned no entity records.

| Record not found. |

Modify Search    New Search

Privacy Statement | Free Document Readers
Copyright © 2012   California Secretary of State



LOGIN

Get Sales Alerts: (877) 569-7376

Home  >  Business Directory  >  DEUTSCHE BANK NATIONAL TRUST CO

| Find a Company... | City | State | |

Cortera Company Profile For:

# DEUTSCHE BANK NATIONAL TRUST CO

1761 E SAINT ANDREW PL
SANTA ANA, CA  92705-4934  |  view map
(714) 247-6000

Buy Detailed Profile $5.00 | view a sample

Foreclosure Sale Auctions Search & Buy Homes in CA & AZ. 600+ Homes Awaiting Cash Buyers! auction.com/TrusteeForeclos

Stop Your Trustee Sale We Are Attorneys! We Can Postpone Your Trustee Sale. 1-888-211-3316 www.californiastopsale.com

FHA Streamline Refinance "I Recommend Legacy FHA Refinance". Get Pre-Approved in 60 Seconds. FHARefinance.LegacyLend

Obama Mortgage Relief Refinance assistance for Underwater Mortgages. Free assessment. acremortgage.com

AdChoices [>

## COMPANY DETAILS

Location Type: Headquarters
Ownership: Private
Have fresher information? | Update now

## CURRENT NEWS

There is currently no press for this company.

## COMPANY OVERVIEW

DEUTSCHE BANK NATIONAL TRUST CO in SANTA ANA, CA.

## RECENT ALERTS

| | |
|---|---|
| Financial News: | No |
| Growth Clues: | No |
| Payment Score: | No |
| Public Records: | YES |

## COMMUNITY REVIEWS  (15 REVIEWS)

Cortera's more than a Web site, or even a search engine. Instead it's an online community where real people exchange information and share the real deal on real companies. It's invaluable intel that's now available for free.

- Get the inside scoop with ratings and reviews on DEUTSCHE BANK NATIONAL TRUST CO
- Rate DEUTSCHE BANK NATIONAL TRUST CO on their payment behavior
- Ask your network about DEUTSCHE BANK NATIONAL TRUST CO with Cortera Circles

Join the Cortera Community for free today.

WANT TO KNOW WHEN YOUR CUSTOMERS ARE CHANGING?

First Name *

Last Name *

Email *

Your Company Name *

Your Business Information Provider
Select your provider...

Phone

Almost there... solve this simple math question so we know you're a real person.

4 x 5 = ___   Math is hard!
Try another?

TELL ME MORE

Your email and contact information will be protected in accordance with our privacy policy.

### TODAY'S ALERTS

EQUINIX INC
CHIMERA LIGHTING
LESAINT LOGISTICS
BOUTWELL FLOOR COVERING
FONTANA GARDEN EQUIPMENT

The information contained in this company profile is compiled from third party sources, including but not limited to public records, user submissions, and other commercially available data sources. These sources may not be accurate, complete, or up-to-date. Cortera makes no representations or warranties regarding, and assumes no responsibility for, the accuracy, completeness, or currency of the information contained herein.

© 2012 Cortera, Inc. All rights reserved.

How Does It Work? | Who Do We Help? | Company Profiles | Community | Media | About

Today's Hot Company Profiles        Recently Updated Companies        Recently Rated Company Profiles        Industry Directory        Terms & Conditions  |  Privacy Policy

Commercial Banks
Company Overview of Deutsche Bank National Trust Company

September 07, 2012 1:39 PM ET

Businessweek

More About *"deutsche bank national trust company"*
Magazine

Snapshot

People

Anshu Jain: Deutsche Bank's Next CEO?

### Company Overview

Deutsche Bank National Trust Company was formerly known as Bankers Trust Company of California, National Association and changed its name in 2002. The company was founded in 1986 and is based in Los Angeles, California. Deutsche Bank National Trust Company operates as a subsidiary of Deutsche Bank Trust Corporation.

### Key Executives For Deutsche Bank National Trust Company

Deutsche Bank National Trust Company does not have any Key Executives recorded.

300 South Grand Avenue
41st Floor
Los Angeles, CA 90071
United States
Founded in 1986

Phone: 213-620-8201

### Deutsche Bank National Trust Company Key Developments

**Advanced Markets Launches Tri-Party Partnership with Deutsche Bank National Trust Company**

Feb 9 11

Advanced Markets LLC (AM) has announced a strategic partnership with Deutsche Bank National Trust Company (DBNTC) to offer an innovative fiduciary global deposit solution to its clients. The product will be offered to AM's global corporate, institutional and high net worth- qualified individuals that trade foreign exchange on the AM Advance Trader Pro platform. Advanced Markets selected DBNTC based on its history of providing exceptional service on its deposit, trust and custodial solutions to leading global banks, investors and brokers. As one of the top trustee and custodial banks globally, Deutsche Bank brings an expert team of highly experienced and knowledgeable professionals to deliver solutions from the simplest to the most complex transactions.

**Deutsche Bank National Trust Company Presents at AGLF 30th Annual Fall Conference, Nov-03-2010**

Oct 12 10

Deutsche Bank National Trust Company Presents at AGLF 30th Annual Fall Conference, Nov-03-2010 . Venue: Loews Ventana Canyon, Tucson, Arizona, United States.

### Similar Private Companies By Industry

| Company Name | Region |
|---|---|
| First Federal Fsb | United States |
| Peoples Inc. | United States |
| Fifth Third Capital Trust IV | United States |
| Bank of Commerce (Stilwell, OK) | United States |
| Putnam Bank | United States |

### Recent Private Companies Transactions

| Type Date | Target |
|---|---|
| Bankruptcy May 3, 2012 | Hawker Beechcraft Inc. |

Report Data Issue

## California Secretary of State Debra Bo

Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives

**Business Entities (BE)**

Online Services
 - Business Search
 - Disclosure Search
 - E-File Statements
 - Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
 (certificates, copies &
 status reports)

Service of Process

FAQs

Contact Information

Resources
 - Business Resources
 - Tax Information
 - Starting A Business
 - International Business
   Relations Program

Customer Alerts
 - Business Identity Theft
 - Misleading Business
   Solicitations

# Business Search - Results

Data is updated weekly and is current as of Friday, August 31, 2012. It is not a complete or certified record of the entity.

- *Select an entity name below to view additional information.* Results are listed alphabetically in ascending order by entity name.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Results of search for " BANKERS TRUST COMPANY " returned 4 entity records.

| Entity Number | Date Filed | Status | Entity Name | Agent for Service of Process |
|---|---|---|---|---|
| C2590594 | 06/30/2005 | DISSOLVED | 1ST BANKERS TRUST MORTGAGE COMPANY | MARCO A HERNANDEZ |
| C1484325 | 07/06/1990 | SUSPENDED | BANKERS GROUP TRUST DEED AND INVESTMENT COMPANY | DOROTHY REIK |
| C1364158 | 01/31/1986 | ACTIVE | BANKERS TRUST ESCROW COMPANY, LTD. | JEANNE NIGH |
| C0578550 | 08/22/1969 | DISSOLVED | CALIFORNIA BANKERS TRUST COMPANY | |

Modify Search   New Search

Privacy Statement | Free Document Readers
Copyright © 2012   California Secretary of State

California Secretary of State Debra B

| | |
|---|---|
| Secretary of State | Administration   Elections   Business Programs   Political Reform   Archives |

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
(certificates, copies &
status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business
  Relations Program

Customer Alerts
- Business Identity Theft
- Misleading Business
  Solicitations

# Business Entity Detail

Data is updated weekly and is current as of Friday, August 31, 2012. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | DEUTSCHE BANK SECURITIES INC. |
| Entity Number: | C1945078 |
| Date Filed: | 08/01/1995 |
| Status: | ACTIVE |
| Jurisdiction: | DELAWARE |
| Entity Address: | 60 WALL ST, MAIL STOP NYC60-4006 |
| Entity City, State, Zip: | NEW YORK NY 10005 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 W SEVENTH ST |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Modify Search    New Search    Printer Friendly    Back to Search Results

Privacy Statement | Free Document Readers
Copyright © 2012   California Secretary of State

**California Secretary of State Debra B**

| Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives |

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
(certificates, copies &
status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business
  Relations Program

Customer Alerts
- Business Identity Theft
- Misleading Business
  Solicitations

## Business Entity Detail

Data is updated weekly and is current as of Friday, August 31, 2012. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | DEUTSCHE BANK SECURITIES INC. |
| Entity Number: | C1945078 |
| Date Filed: | 08/01/1995 |
| Status: | ACTIVE |
| Jurisdiction: | DELAWARE |
| Entity Address: | 60 WALL ST, MAIL STOP NYC60-4006 |
| Entity City, State, Zip: | NEW YORK NY 10005 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 W SEVENTH ST |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Modify Search    New Search    Printer Friendly    Back to Search Results

Privacy Statement | Free Document Readers
Copyright © 2012   California Secretary of State

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 6, 2012.

Selected Entity Name: DEUTSCHE BANK SECURITIES INC.
Selected Entity Status Information

| | |
|---|---|
| Current Entity Name: | DEUTSCHE BANK SECURITIES INC. |
| DOS ID #: | 321961 |
| Initial DOS Filing Date: | JANUARY 19, 1972 |
| County: | NEW YORK |
| Jurisdiction: | DELAWARE |
| Entity Type: | FOREIGN BUSINESS CORPORATION |
| Current Entity Status: | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**Chairman or Chief Executive Officer**
RICHARD BYRNE
60 WALL STREET
NEW YORK, NEW YORK, 10005

**Principal Executive Office**
SONJA K OLSEN
DEUTSCHE BANK
60 WALL ST NYC60-4006
NEW YORK, NEW YORK, 10005

**Registered Agent**
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not record information regarding

the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

## *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| OCT 11, 2002 | Actual | DEUTSCHE BANK SECURITIES INC. |
| AUG 08, 2001 | Actual | DEUTSCHE BANC ALEX. BROWN INC. |
| JUN 01, 1998 | Actual | DEUTSCHE BANK SECURITIES INC. |
| OCT 17, 1996 | Actual | DEUTSCHE MORGAN GRENFELL INC. |
| AUG 03, 1995 | Actual | DEUTSCHE MORGAN GRENFELL/C.J. LAWRENCE INC. |
| OCT 01, 1993 | Actual | DEUTSCHE BANK SECURITIES CORPORATION |
| JAN 09, 1991 | Actual | C. J. LAWRENCE INC. |
| JAN 15, 1988 | Actual | C. J. LAWRENCE, MORGAN GRENFELL INC. |
| APR 06, 1972 | Actual | CYRUS J. LAWRENCE, INCORPORATED |
| JAN 19, 1972 | Actual | CYRUS J. LAWRENCE & SONS INCORPORATED |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us

# NYS Department of State

# Division of Corporations

## Entity Information

The information contained in this database is current through September 6, 2012.

Selected Entity Name: DEUTSCHE BANK TRUST CORPORATION
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | DEUTSCHE BANK TRUST CORPORATION |
| **DOS ID #:** | 187205 |
| **Initial DOS Filing Date:** | MAY 12, 1965 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**Chairman or Chief Executive Officer**
SETH H. WAUGH
60 WALL ST
NEW YORK, NEW YORK, 10005

**Principal Executive Office**
DEUTSCHE BANK TRUST CORPORATION
60 WALL ST NYC60-4006
NEW YORK, NEW YORK, 10005

**Registered Agent**
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not record information regarding
the names and addresses of officers, shareholders or

directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | Par Value | 1 |
| 190100 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| APR 15, 2002 | Actual | DEUTSCHE BANK TRUST CORPORATION |
| APR 23, 1998 | Actual | BANKERS TRUST CORPORATION |
| SEP 15, 1967 | Actual | BANKERS TRUST NEW YORK CORPORATION |
| MAY 12, 1965 | Actual | BT NEW YORK CORPORATION |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 6, 2012.

Selected Entity Name: DEUTSCHE BANK AMERICAS HOLDING CORP.

Selected Entity Status Information

| | |
|---|---|
| Current Entity Name: | DEUTSCHE BANK AMERICAS HOLDING CORP. |
| DOS ID #: | 1744990 |
| Initial DOS Filing Date: | JULY 28, 1993 |
| County: | NEW YORK |
| Jurisdiction: | DELAWARE |
| Entity Type: | FOREIGN BUSINESS CORPORATION |
| Current Entity Status: | ACTIVE |

Selected Entity Address Information

DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

Chairman or Chief Executive Officer

SETH H WAUGH
60 WALL ST
NEW YORK, NEW YORK, 10005

Principal Executive Office

SONJA K OLSEN
C/O DEUTSCHE BANK
60 WALL STREET, NYC60-4006
NEW YORK, NEW YORK, 10005

Registered Agent

C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not record information regarding

the names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be
listed above. Professional corporations must include
the name(s) and address(es) of the initial officers,
directors, and shareholders in the initial certificate
of incorporation, however this information is not
recorded and only available by viewing the
certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| AUG 26, 1998 | Actual | DEUTSCHE BANK AMERICAS HOLDING CORP. |
| JUL 28, 1993 | Actual | DEUTSCHE BANK NORTH AMERICA HOLDING CORP. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New
York State. The entity must use the fictitious name when conducting its activities or business in New
York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS
Homepage | Contact Us

the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

\*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| AUG 26, 1998 | Actual | DEUTSCHE BANK AMERICAS HOLDING CORP. |
| JUL 28, 1993 | Actual | DEUTSCHE BANK NORTH AMERICA HOLDING CORP. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs  |   Privacy Policy  |   Accessibility Policy  |   Disclaimer  |   Return to DOS Homepage  |   Contact Us